In the Matter of WILLIAM M. LINDENFELD, Petitioner, against BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— This is a proceeding to review a revocation of petitioner's license as a doctor. The petitioner was convicted in the United States District Court, Eastern District of New York, by the verdict of a jury for " selling " narcotics. He was convicted on April 28, 1943, and the court imposed a sentence of four years. The conviction was affirmed. (*United States* v. *Lindenfeld,* 142 F. 2d 829, certiorari denied 323 U. S. 761.) The petitioner then served his sentence. On July 20, 1943, the Regents revoked the petitioner's license without a hearing. Said revocation was improper because the crime in this State was a misdemeanor and not a felony. On July 22, 1947, the order of revocation was vacated.

Five days later charges were verified on the ground that petitioner had been convicted of a crime in a court of competent jurisdiction. (Education Law, § 1264, subd. 2, par. [b]; now § 6514.) Said charges led to the revocation here involved. Disciplinary proceedings were conducted at which hearings were held and evidence taken on February 27, 1947. (Education Law, § 1265; now § 6515.) The evidence sustains the commissioner's order of revocation. Determination of the commissioner unanimously confirmed, with $50 costs. Present — Hill, P. J., Brewster, Foster, Russell and Deyo, JJ. [See 274 App. Div. 831.]